**Sheehan & Associates, P.C.**
spencer@spencersheehan.com

505 Northern Blvd Ste 311, Great Neck NY 11021-5101
tel. 516.303.0552   fax 516.234.7800

March 13, 2020

District Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re: 1:19-cv-09870-LJL
           Henderson v. Rite Aid Corporation

Dear District Judge Liman:

  This office represents the plaintiff. In accordance with your Honor's Individual Practices, plaintiff and defendant request an extension of sixty (60) days for defendant to file an answer or respond to the complaint from March 16, 2020 until Friday, May 15, 2020 and an adjournment of the initial pretrial conference and submission of the joint case management plan from March 27, 2020 until Thursday, May 21, 2020.

  There have been no previous requests for an extension or adjournment of these dates. No previous requests were granted or denied. Defendant consents to and joins plaintiff in the present requests. The reason for these requests is because the parties are engaging in good faith discussions how to proceed, such as a motion to dismiss or answer by defendant, an amended complaint by plaintiff or a resolution of the issues based on their productive discussions thus far. The parties may also use this time to exchange information relevant to the issues.

  These requests are submitted at least 48 hours prior to the original compliance dates. These requests do not affect any other scheduled dates. Thank you.

              Respectfully submitted,

              /s/Spencer Sheehan
              Spencer Sheehan

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Request GRANTED. The Pretrial Conference scheduled for March 27, 2020 is ADJOURNED and shall take place instead on May 21, 2020 at 4:00 p.m.
SO ORDERED.
3/16/2020

## Certificate of Service

I certify that on March 13, 2020, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan