Sheehan & Associates, P.C.  505 Northern Blvd Ste 311, Great Neck NY 11021-5101
spencer@spencersheehan.com  tel. 516.303.0552  fax 516.234.7800

May 12, 2020

District Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: 1:19-cv-09870-LJL
Henderson v. Rite Aid Corporation

Dear District Judge Liman:

In accordance with Your Honor's Individual Practices, plaintiff and defendant request an extension of sixty (60) days for defendant to file an answer or respond to the complaint from May 15, 2020 until Tuesday, July 14, 2020 and an adjournment of the initial pretrial conference and submission of the joint case management plan from May 21, 2020 until July 21, 2020.

There has been one previous request for an extension or adjournment of these dates, which this Court granted on March 16, 2020 (see Dkt. No. 8). Defendant consents to and joins plaintiff in the present request. The reason for this request is because the parties are engaging in good faith discussions about how to proceed, such as a motion to dismiss or answer by defendant, an amended complaint by plaintiff, or a resolution of the issues based on their productive discussions thus far. The parties may also use this time to exchange information relevant to the issues.

This request does not affect any other scheduled dates. Thank you.

Respectfully submitted,

/s/Spencer Sheehan
Spencer Sheehan

Defendant's time to answer is extended by 31 days. Defendant shall file an answer by June 15, 2020.

The IPTC scheduled for May 21, 2020 is ADJOURNED and shall be held instead on June 23, 2020 at 4:00 p.m.

SO ORDERED.
5/13/2020

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

## Certificate of Service

I certify that on May 12, 2020, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan